UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| TERRI MCFAYDEN,<br><br>  Plaintiff,<br><br>vs.<br><br>CONSUMER'S FEDERAL CREDIT UNION, SARA ZIMBELMAN, INDIVIDUALLY AND AS CEO AND PRESIDENT OF CONSUMER'S FEDERAL CREDIT UNION,<br><br>  Defendants. | 3:16-CV-03042-RAL<br><br>JUDGMENT OF DISMISSAL |

Based on the Joint Motion to Dismiss Civil Action with Prejudice, Doc. 19, and for good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice and with each party bearing its own costs, expenses and fees.

DATED this 27th day of November, 2017.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE